UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA CRAWFORD and
JAMES CRAWFORD,

    Plaintiffs,                                    Case No. 1:20-cv-797

v.                                            HONORABLE PAUL L. MALONEY

ROSE ACCEPTANCE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 28, 2020, recommending that this Court dismiss Plaintiffs' complaint for failure to state a claim on which relief may be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint is DISMISSED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: September 22, 2020                                                /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge