UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA CRAWFORD and
JAMES CRAWFORD,

    Plaintiffs,                          Case No. 1:20-cv-797

v.                                 HONORABLE PAUL L. MALONEY

ROSE ACCEPTANCE,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: September 22, 2020                          /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               United States District Judge